# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SAS MIJERLO,** a Foreign Corporation,
Appellant,

**v.**

**SALBO CONSTRUCTION, INC.,** a Florida Corporation, **LATITUDE WINDOWS, INC.,** a Florida Corporation, **CHRISTOPHER LUTHER,** an Individual, and **MICHAEL PRZYBYCIEN,** an Individual,
Appellees.

No. 4D22-2904

[July 5, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE17020200.

Edgar R. Belaval of Belaval Law, PLLC, Coral Gables, and Lana Naghshineh of LMN Legal, PA, Fort Lauderdale, for appellant.

Elizabeth M. White and Gary F. Baumann of Baumann, Gant & Keeley, P.A., Fort Lauderdale, for appellee Salbo Construction, Inc.

Wayne M. Alder of Fisher Broyles, LLP, Pompano Beach, for appellee Latitude Windows, Inc.

PER CURIAM.

*Affirmed.  See Vitesse, Inc. v. MAPL Associates LLC*, 358 So. 3d 437 (Fla. 4th DCA 2023).

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***